IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| CAROLINE GLOVER et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:13-CV-1827-VEH |
| ) | |
| CHECK N' GO OF ALABAMA, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

STIPULATION OF DISMISSAL
AS TO DEFENDANTS CHECK N' GO OF ALABAMA, INC.,
AND AXCESS RECOVERY & CREDIT SOLUTIONS, INC.

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs hereby stipulate to the dismissal of the claims asserted in this case against Defendants Check N' Go of Alabama, Inc., and Axcess Recovery & Credit Solutions, Inc., with prejudice, each of these parties and Plaintiffs to bear their own attorney's fees and costs.  Plaintiffs do not stipulate to the dismissal of the claims against Defendant United Debt Holding, LLC.  The claims against that defendant remain pending.

/s/ James P. Pewitt
James P. Pewitt
Alabama Bar No. ASB-7646-P62J
JAMES P. PEWITT, LLC
6 Office Park Circle
Suite 116
Birmingham, Alabama  35223
Email: attorneypewitt@gmail.com
Office: (205) 874-6686

*Attorney for Defendants*
*Check N' Go of Alabama, Inc., and*
*Axcess Recovery & Credit Solutions, Inc.*


/s/ Brian L. Spellen
Brian L. Spellen
THE TRINITY LAW GROUP, LLC
1933 Richard Arrington, Jr., Blvd., S.
Suite 223
Birmingham, Alabama 35209
Email: brian@thetrinitylawgroup.com
Office: (205) 820-9474

*Attorney for Plaintiffs,*
*Caroline and Melvin Glover.*