# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **CAROLINE GLOVER et al.,** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No.: 2:13-CV-1827-VEH |
| | ) |
| **CHECK'N GO OF ALABAMA,** | ) |
| **INC., et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## PRO TANTO DISMISSAL ORDER

Pending before the court is the parties' Stipulation of Dismissal as to Defendants Check'N Go of Alabama, Inc. and Axcess Recovery & Credit Solutions Inc. (Doc. 35) (the "Stipulation") filed on September 2, 2014. The Stipulation is **GRANTED**.

Accordingly, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that all of Plaintiffs' claims against Defendants Check'N Go of Alabama, Inc. and Axcess Recovery & Credit Solutions Inc. (only) are **HEREBY DISMISSED WITH PREJUDICE**, costs taxed as paid.

Plaintiffs' claims against Defendant United Debt Holding, LLC are unaffected by this pro tanto dismissal order and still remain pending.

**DONE** and **ORDERED** this the 9th day of September, 2014.

_/s/ VEHopkins_
**VIRGINIA EMERSON HOPKINS**
United States District Judge