# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CAROLINE GLOVER, et al,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No.: 2:13-CV-1827-VEH |
| | ) |
| **UNITED DEBT HOLDING, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

The court having been advised by counsel that the above entitled cause has been settled, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this case is hereby **DISMISSED WITHOUT PREJUDICE**, costs taxed as paid. Provided, however, that any party may seek to reopen the action within sixty (60) days, upon good cause shown, or submit a stipulated form of final judgment. Further, the court **RETAINS** jurisdiction to enforce the settlement agreement reached between the parties.

**DONE** and **ORDERED** this 26th day of February, 2015.

*/s/ Virginia Emerson Hopkins*
**VIRGINIA EMERSON HOPKINS**
United States District Judge